## 9348. BROOKS *v.* THE STATE.

BROYLES, P. J. The motion for a new trial contains only the usual general grounds. The verdict was authorized by the evidence, and the court committed no error in refusing to grant a new trial.

*Judgment affirmed. Bloodworth and Harwell, JJ., concur.*

DECIDED DECEMBER 19, 1917.

Conviction of misdemeanor; from city court of Savannah—Judge Rourke.  September 29, 1917.

*Robert L. Colding,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.